**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DIEGO N., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-577 |
| | ) | |
| U.S. DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**
**AND APPOINTMENT OF CLASS COUNSEL**

Plaintiffs Diego N., Renesme R., Mario C., and Benito S., on behalf of themselves and all others similarly situated, pursuant to Federal Rule of Civil Procedure 23(c)(1) and Local Civil Rule 23.1(b), move for the Court to certify a class under Federal Rule of Civil Procedure 23(b)(2) consisting of: all noncitizen minors who are or will be in the custody of the Department of Health and Human Services ("HHS") and (1) who were previously in the Office of Refugee Resettlement's ("ORR") custody, (2) who were approved for release by ORR to a sponsor, (3) who have been or will be re-detained by the Department of Homeland Security ("DHS") and re-referred to ORR, and (4) whom ORR has not released to their previously approved sponsor pursuant to ORR's policy requiring the previously approved sponsor to submit a new sponsor application and obtain a new approval for release.

The grounds for Plaintiffs' motion are set forth in the accompanying Memorandum of Points and Authorities.

On February 23, 2026, Plaintiffs' counsel provided Peter C. Pfaffenroth, the Chief of the Civil Division of the U.S. Attorney's Office for the District of Columbia, and Deputy Chiefs

Heather Graham Oliver and Diana Valdivia with a copy of the complaint. On February 23, 2026,

Plaintiffs' counsel will also provide them with a copy of the class certification motion. However,

Plaintiffs' counsel has not yet had an opportunity to confer with counsel for Defendants because

no such counsel has been identified at the time of filing this motion.

February 23, 2026

Respectfully submitted,

*/s/ Rebecca Wolozin*_____
Rebecca Wolozin (D.C. Bar No. 144369)
National Center for Youth Law
818 Connecticut Avenue NW, Suite 425
Washington, DC 20006
(202) 868-4792
bwolozin@youthlaw.org

Mishan Wroe*
Diane de Gramont*
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, California 94612
(510) 835-8098
mwroe@youthlaw.org
ddegramont@youthlaw.org

Anna Deffebach (D.C. Bar No. 241346)
Joel McElvain (D.C. Bar No. 448431)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
adeffebach@democracyforward.org
jmcelvain@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

* Motion for *pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

I certify that on February 23, 2026, I caused the foregoing to be mailed to the following addresses:

U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

Robert Francis Kennedy Jr.
Secretary, Department of Health and Human Services
200 Independence Ave. SW
Washington, DC 20201

Office of Refugee Resettlement
330 C Street SW
Washington, DC 20201

Angie Salazar
Acting Director, Office of Refugee Resettlement
330 C Street SW
Washington, DC 20201

U.S. Department of Health and Human Services
Robert Francis Kennedy Jr., Secretary of Department of Health and Human Services
Office of Refugee Resettlement
Angie Salazar, Acting Director of Office of Refugee Resettlement
c/o U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

U.S. Department of Health and Human Services
Robert Francis Kennedy Jr., Secretary of Department of Health and Human Services
Office of Refugee Resettlement
Angie Salazar, Acting Director of Office of Refugee Resettlement
c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20004

/s/__*Autumn Boaz*_____
Autumn Boaz