# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DIEGO N. *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | )   No. 1:26-cv-577 |
| U.S. DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

**DECLARATION OF DIEGO N.**

(proceeding under pseudonym)

I, Soraya Morales Nuñez, declare as follows:

1.  I am fluent in English and Spanish.

2.  The following is a true and correct translation of the annexed declaration of ██████████████████████.

***

## DECLARATION OF ███████████████████████

I, ███████████████████, declare as follows:

1.      This declaration is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am 14 years old and I am from ████████.   I arrived in the United States in 2024 and they transferred me to an ORR shelter. My dad completed the application to be my sponsor right away and gave all his information. After about two weeks, his application was approved and they released me to live with him.

Life after release

3.      After I left ORR, I lived with my dad, my stepmother, my stepbrother, and my little brother in Texas. My stepbrother is 16 years old and my brother is 10 years old. I have a good relationship with them and I like being a big brother. I was so happy living with my family and we had a good life together. My stepmother prepared good food from our country and we would also go out to restaurants to eat.

4.      I attended junior high after I was released. If I hadn't been detained again, I would now be halfway through my first year of high school. I learned a lot in my classes and had good friends. I liked playing soccer with my friends after school.

Education is a big priority for my dad and he always encouraged me to concentrate on my classes and improve my English.

Return to ORR and new application

5.      I don't understand why I was detained again. In November 2025, I was out with a friend in his car and the Border Patrol stopped us and asked for our identification. I tried to tell them that I had already been released from government custody to live with my dad, but they didn't care.

6.      They brought me to a Border Patrol station for about a day, then to an immigration office, and then to this ORR shelter. I wasn't able to call my dad until I arrived at the immigration office. He was very worried about me.

7.      When I arrived at the shelter, they told my dad that he would have to start a new application to be my sponsor. I don't think there was any explanation for this rule.

8.      I know my father is prepared to do everything possible to get me released, but this time the process is much more difficult and long. My dad filled out the application and gave his work permit, his license, his Social Security number, and information on his work and his income. My father and stepmother gave their fingerprints. The government also did a home study to see where I lived. I think everything was positive.

9.      I don't think all that was necessary because I already lived with my father and stepmother and they always took good care of me. But in January my case worker told us that the application was ready to be approved. We were very happy.

10.     But then the government rejected my father's application and said that my father also needs to do a DNA test and attend an appointment to present his documents in person. This was the first time they told us about these new

requirements. My dad has asked for appointments to complete these new requirements, but he is still waiting for the government to give him the appointments. I think he is on the waiting list.

11.    This experience has been so difficult and frustrating. I don't understand the reason for all these requirements when my dad has already provided all his information and there is no doubt that he is my dad.

Experience in ORR

12.    My life in the shelter is very different from my home and I don't feel comfortable here. There are a lot of rules and the shelter staff accompany us everywhere, even when we want to go to the bathroom. I cannot go outside for some fresh air when I want to. I don't have contact with the community and I can only call people on my approved list, like my dad.

13.    We have school here but I am not learning anything. It is too easy and very boring. For example, they teach us how to read a clock and the names of fruits in English.

14.    I think I will have to repeat ninth grade because I cannot get academic credit here. My dad is very worried that I'm going to lose the whole school year and he asked my school to provide me with virtual classes, but it wasn't possible. He also asked the shelter to allow me to leave during the day to go to school in person or to provide me with online classes, but they said no.

15.    I really miss being at home and having a normal life and eating my stepmother's good food. The food here is not good and there is no variety, it is almost always chicken. It is really different than being at home with my family.

16.    My dad comes to visit me once or twice a week. My stepmother also comes to visit me, but I cannot see my stepbrother and my little brother in person. I miss

them a lot. I'm also not allowed to put my stepbrother and my brother on my phone list.

17.    The rule that forces sponsors to present a new application is not fair and I want to help so that other kids do not have the same experience as me. I live near the border and I also want to make sure that if I encounter immigration in the future, I don't have to repeat this experience.

18.    My dad is a very good dad. But if the government thinks he isn't, they should tell us why instead of demanding a DNA test or other unnecessary things. I think all children and sponsors should have the right to know what the problem is and to give their answer. And if there isn't a problem, kids should be able to live with their families without spending a long time in detention.

19.    I will do what I can to represent other young people in my situation and fight for their interests. I will work with the lawyers to make sure they do everything possible to help the kids. I intend to remain involved in the case and represent the other kids as best I can. This is the first time I have been a class representative.

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities.

Executed on this 18th day of February, 2026 in ████, Texas.

***

I declare under penalty of perjury that the foregoing is a true and correct translation. Executed on this 19th day of February, 2026.

Soraya Morales Nuñez

<u>DECLARACIÓN DE</u> <span style="background:black">                </span>

Yo, <span style="background:black">            </span>, declaro y digo lo siguiente:

1.      Esta declaración está basada en mi conocimiento personal. Los hechos que describo son verdaderos a mi mejor conocimiento.

2.      Tengo 14 años de edad y soy de <span style="background:black">    </span>. Llegué a los Estados Unidos en 2024 y me trasladaron a un albergue de ORR. Mi padre llenó una solicitud para ser mi patrocinador de inmediato y dio toda su información. Después de unas dos semanas, su solicitud fue aprobada y me liberaron para vivir con él.

## Vida después de liberación

3.      Después de salir de ORR, vivía con mi padre, mi madrastra, mi hermanastro, y mi hermano menor en Texas. Mi hermanastro tiene 16 años y mi hermano tiene 10 años. Tengo una buena relación con ellos y me gusta ser hermano mayor. Estaba tan contento de vivir con mi familia y teníamos una buena vida juntos. Mi madrastra preparaba muy buena comida de nuestro país y también salíamos a restaurantes a comer.

4.      Asistí a Junior High después de mi liberación. Si no me hubieran detenido otra vez, ahorita estaría a mitad de mi primer año de la escuela secundaria. Aprendí mucho en mis clases y tenía buenos amigos. Me gustaba jugar fútbol con mis amigos después de la escuela. La educación es una gran prioridad para mi padre y siempre me animó a concentrarme en mis clases y mejorar mi inglés.

## Regreso a ORR y nueva solicitud

5.      No entiendo por qué fui detenido otra vez. En noviembre de 2025, andaba con un amigo en su coche y la Patrulla Fronteriza nos detuvo y nos pidió nuestra identificación. Intenté decirles que ya fui liberado de custodia del gobierno para vivir con mi padre, pero no les importó.

6.    Me llevaron a una estación de la Patrulla Fronteriza donde me tuvieron aproximadamente un día, luego a una oficina de inmigración, y luego a este albergue de ORR. No pude llamarle a mi padre hasta que llegué a la oficina de inmigración. Él estaba muy preocupado por mí.

7.    Cuando llegué al albergue, le dijeron a mi padre que tenía que iniciar una nueva solicitud para patrocinarme. No pienso que hubo ninguna explicación para esta regla.

8.    Yo sé que mi padre está dispuesto a hacer todo lo posible para que me liberen, pero esta vez el proceso es mucho más difícil y largo. Mi padre llenó la solicitud y dio su permiso de trabajo, su licencia, su número de seguro social, e información sobre su trabajo y su ingreso. Mi padre y mi madrastra han dado sus huellas. El gobierno también hizo un estudio de su casa para ver donde yo vivía. Pienso que todo salió positivo.

9.    No creo que todo eso fue necesario porque vivía con mi padre y mi madrastra y ellos siempre me cuidaron bien. Pero en enero mi trabajador de caso nos dijo que la solicitud estaba lista para ser aprobada. Estábamos tan contentos.

10.    Pero después, el gobierno rechazó la solicitud de mi padre y dijo que mi padre también tiene que hacer una prueba de ADN y asistir a una cita para presentar sus documentos en persona. Esa fue la primera vez que nos avisaron de estos nuevos requisitos. Mi padre ha solicitado citas para cumplir con estos nuevos requisitos, pero todavía está esperando que el gobierno le dé las citas. Pienso que está en la lista de espera.

11.    Esta experiencia ha sido tan difícil y frustrante. No entiendo la razón por todos estos requisitos cuando mi padre ya proporcionó toda su información y no hay duda de que es mi padre.

Experiencia en ORR

12.    Mi vida en el albergue es muy diferente a la de mi casa y no me siento cómodo aquí. Hay muchas reglas y el personal del albergue nos acompaña por todas partes, incluso cuando queremos ir al baño. No puedo salir afuera a tomar aire cuando quiero. No tengo contacto con la comunidad y solo puedo hablar por teléfono con las personas en la lista aprobada, como mi padre.

13.    Tenemos escuela aquí pero no estoy aprendiendo nada. Es demasiado fácil y muy aburrido. Por ejemplo, nos enseñan como leer un reloj y los nombres de las frutas en inglés.

14.    Pienso que voy a tener que repetir noveno grado porque no puedo ganar crédito académico aquí. Mi padre se preocupa mucho que voy a perder todo el año de escuela y le pidió a mi escuela que me dieran clases virtuales, pero no fue posible. También le pidió al albergue permitirme salir durante el día para ir a la escuela en persona o darme clases por internet, pero dijeron que no.

15.    Extraño mucho estar en casa y tener una vida normal y comer la comida rica de mi madrastra. La comida aquí no es buena y no hay variedad, es casi siempre pollo. Es muy diferente a estar en casa con mi familia.

16.    Mi padre viene a visitarme una o dos veces por semana. Mi madrastra también viene a visitarme, pero no puedo ver a mi hermanastro y mi hermano. Los extraño mucho. Tampoco me permiten poner a mi hermanastro y hermano en mi lista de personas que puedo llamar.

17.    La regla que obliga a los patrocinadores a presentar otra solicitud nuevamente no es justa y quiero ayudar para que otros niños no tengan la misma experiencia que yo. Vivo cerca de la frontera y también quiero asegurarme de que, si encuentro a inmigración en el futuro, no tengo que repetir esta experiencia.

18.    Mi padre es un padre muy bueno. Pero si el gobierno cree que no lo es, debería decirnos por qué en vez de exigirle una prueba de ADN u otras cosas innecesarias. Pienso que todos los niños y los patrocinadores deben tener el derecho de saber cuál

es el problema y el derecho a dar su respuesta. Y si no hay problema, los niños deben poder vivir con sus familias sin pasar mucho tiempo detenidos.

19.     Voy a hacer lo que puedo para representar a los otros jóvenes en mí situación y luchar por sus intereses. Voy a trabajar con los abogados para asegurarme de que hagan todo lo posible para ayudar a los jóvenes. Tengo la intención de permanecer involucrado en el caso y representar a los otros niños de la mejor manera que yo pueda. Es la primera vez que soy representante de una clase.

Declaro bajo protesta de decir la verdad y pena de falso testimonio que toda la información que aquí he proporcionado es correcta y completa, consciente de las consecuencias legales de declarar con falsedad ante la autoridad.

Hecho el día 18 de Febrero del año 2026, en ███████, tx .