# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

DIEGO N. *et al.*,                                    )
                                                      )
                              Plaintiffs,             )
                                                      )
v.                                                    )
                                                      )   No. 1:26-cv-577
U.S. DEPARTMENT OF HEALTH AND                         )
HUMAN SERVICES, *et al.*,                             )
                                                      )
                              Defendants.             )

## DECLARATION OF RENESME R.

(proceeding under pseudonym)

I, Soraya Morales Nuñez, declare as follows:

1. I am fluent in English and Spanish.
2. The following is a true and correct translation of the annexed declaration of ███████ █████████████████

***

## DECLARATION OF █████████████████████████

I, ██████████████████████████, declare as follows:

1. This declaration is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 16 years old and I'm from █████████. I arrived in the United States in 2023.

### Initial Entry into ORR Custody and Release

3. When I arrived in the United States, they sent me to an ORR shelter. I spent about a week there. I was very happy when they freed me to live with my father. I went to go live with my dad in █████████, Tennessee.

4. Living with my family during these two years was the best of the best. Before I was detained again, I lived with my dad, my aunt, my 1-year-old twin baby cousins, and another cousin. I liked to play with the babies, and they would come visit me in my room. I miss them a lot.

5. I attended school and was in 11th grade. I liked studying and playing volleyball. I was involved in the Junior Reserve Officers' Training Corps (Junior ROTC) and hoped to join the U.S. military. I also liked boxing and watching boxing matches.

6.    I have an immigration lawyer who is helping me with my immigration process. I was working to get legal status so that I could join the military.

Return to ORR custody

7.    I never imagined I would be in ORR again, but immigration authorities detained me again around November 2025. It is much more difficult being detained today than it was the first time because I had been living with my family and they took that away from me.

8.    On the day they arrested me, I had asked a friend to take me to the laundromat. When we were on our way back from the laundromat to my house, someone was following us. I think it was a police car, but it didn't have a siren on or anything. I don't know why they were following us. I was detained after we arrived at my house. They arrested me and restrained my hands and legs. I was very scared and I was crying. They put me in a car. They first took me to an immigration office that day, then to a hotel another day, and then they brought me to the shelter. They never told me why they detained me. They never told me anything.

Experience in ORR

9.    I'm currently detained at a shelter in Texas waiting to be released. I have been here for three months and I feel imprisoned. Some other kids have been here for a year, and I am very scared that I will also be detained here for that long.

10.    The shelter staff contacted my dad after I arrived, and they told him he would have to start the process from zero. I don't know why he has to start the process over. It does not make sense because they already approved him. And now the process is much longer than the first time that I was in custody.

11.    My dad was going to be my sponsor again, but we were scared because we've heard that there have been many cases where sponsors are arrested when they attend

appointments that are part of the sponsor application process. There is so much fear right now.

12.    One of my aunts is trying to be my new sponsor. She can provide all the documents that the government is asking for.

13.    I think the government took a month and a half to contact my aunt, but I don't know why. My aunt sent them all the documents they asked for and she attended an appointment to give her fingerprints. We are also waiting for them to do a home study, but I don't think they have given her an appointment.

14.    I feel imprisoned and very closed in here. We almost never get to leave the shelter. I have friends here, but it is difficult to have a normal relationship. We cannot touch each other, we cannot hug, we cannot share food. We all have the same routine, go to school, go to the cafeteria, go to exercise. At 8:30pm they turn off the television and we have to stay in our rooms. It is very different from my life in Tennessee when I had the freedom to leave my house and have a normal life. I am studying, but it's not like my school in Tennessee. I know I'm not receiving academic credit for the school I'm doing here. Even if I'm released soon, I probably would need to repeat the 11th grade. I'm also worried because I was in the process of obtaining my three-year JRTOC certificate and that is very important to me. But I don't think that's going to be possible anymore.

15.    I miss my dad, my family, and the babies so much. I have phone calls with my dad, but he can't visit me because he's so far away, and there aren't shelters in Tennessee. It's so hard not to be able to see him in person.

16.    What happened to me is unfair and makes no sense. I don't understand why the government separated me from my family and prevented me from continuing my education when I had no problems living with my father. I do not want this to happen to any other kid.

17.    For this reason, I want to be a class representative in this case. I want to help other kids like me who are detained in ORR, and especially those who were previously released to live with their families and were arrested again and now cannot leave to be

with their families. I think it's unfair to detain children again and force their sponsors to restart the process without any explanation. If the government believes a sponsor did not take good care of a child, the child and their sponsor should have the opportunity to say whether or not that is true.

18.     As a leader of the class, I will do my best so that all the kids in my same situation have the opportunity to return home. I will work with the lawyers so that the lawyers do what is beset for all the kids in the case, and I will participate in the case in the manner my lawyers and I decide I should. I intend to remain involved in the case and represent the other kids in the best way I can.

19.     I have never been a class representative in another case. I am ready to do my best to help other kids like me.

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is correct and complete and I understand the legal consequences of testifying falsely to the authorities.

Executed on this 17th day of February 2026 in ███      Texas

***

I declare under penalty of perjury that the foregoing is a true and correct translation.

Executed on this 19th day of February, 2026.

_____
Soraya Morales Nuñez

**DECLARACIÓN DE** ██████████████████

Yo, ██████████████████████████, declaro y digo lo siguiente:

1.      Esta declaración está basada en mi conocimiento personal. Los hechos que describo son verdaderos a mi mejor conocimiento.

2.      Tengo 16 años de edad y soy de ████████ Llegué a los Estados Unidos en 2023.

Ingreso inicial bajo custodia de ORR y liberación

3.      Cuando llegué a los Estados Unidos, me enviaron a un albergue de ORR. Pasé aproximadamente una semana allí. Me alegré mucho cuando me liberaron para vivir con mi padre. Me fui a vivir con mi papá en ████████, Tennessee.

4.      Vivir con mi familia durante estos dos años era lo mejor de lo mejor. Antes de que me detuvieran otra vez, viví con mi padre, mi tía, mis primos gemelos que son bebes de 1 año, y otra prima. Me gustaba jugar con los bebes, y venían a visitarme en mi cuarto. Los extraño demasiado.

5.      Asistía a la escuela y estaba en el grado once. Me gustaba estudiar y jugar volibol. Estaba involucrada en el Cuerpo de Entrenamiento de Oficiales de la Reserva Juvenil (Junior RTOC) y esperaba unirme al ejército estadounidense. También me gustaba boxear y ver combates de boxeo.

6.      Tengo un abogado de inmigración que me está ayudando con mi proceso de inmigración. Estaba intentando obtener estatus legal para unirme al ejército.

Regreso a la custodia de ORR

7.      Nunca imaginé que volvería a estar en la ORR, pero las autoridades de inmigración me detuvieron de nuevo alrededor de noviembre de 2025. Es mucho más difícil volver a estar detenida hoy que la primera vez, ya que tuve la experiencia de estar con mi familia y luego me la quitaron.

8. El día que me arrestaron, le había pedido a un amigo que me llevara a la lavandería. Cuando veníamos de regreso de la lavandería a mi casa, alguien nos estaba siguiendo. Pienso que era un coche de policía, pero no traía sirena prendida o nada. No sé porque nos estaban siguiendo. Me detuvieron después de que llegáramos a mi casa. Me arrestaron y refrenaron mis manos y mis piernas. Me daba mucho miedo y estaba llorando. Me metieron en un carro. Primero me llevaron a la oficina de inmigración ese día, luego a un hotel otro día, y luego me trajeron al albergue. Nunca me dijeron porque me detuvieron. Nunca me dijeron nada.

Experiencia en ORR

9. Actualmente estoy detenida en un albergue en Texas esperando mi liberación. Ya llevo tres meses y me siento aprisionada. Algunos otros niños llevan un año aquí, y tengo mucho miedo de que yo también quede detenida así de largo.

10. Los trabajadores del albergue se comunicaron con mi papá después de que llegué, y le dijeron que tendría que empezar el proceso de cero. No sé por qué tiene que empezar el proceso de nuevo. No tiene sentido porque ya lo habían aprobado. Y ahora el proceso es mucho más largo que la primera vez que estuve bajo custodia.

11. Mi padre iba ser mi patrocinador otra vez, pero teníamos miedo porque hemos escuchado que hay muchos casos donde los patrocinadores son arrestados cuando van a citas para el proceso de solicitud de patrocinadores. Hay mucho miedo en este momento.

12. Una de mis tías está intentando ser mi nuevo patrocinador. Ella puede proporcionar todos los documentos que el gobierno está pidiendo.

13. Pienso que el gobierno tardó un mes y medio en comunicarse con mi tía, pero no sé por qué. Mi tía envió todos los documentos que le pidieron y asistió a una cita para dar sus huellas. También estamos esperando que hagan un estudio de casa, pero no creo que le hayan dado una cita todavía.

14. Me siento aprisionada y muy encerrada aquí. Casi nunca podemos salir del albergue. Tengo amigas aquí, pero es difícil tener una relación normal. No nos podemos

tocar, no podemos abrazarnos, no podemos compartir comida. Todos tenemos que hacer la misma rutina, ir a la escuela, ir a la cafetería, ir al ejercicio. A las 8:30 p.m. acaban la televisión y tenemos que estar en nuestros cuartos. Es muy diferente que mi vida en Tennessee cuando tenía la libertad de salir de mi casa y tener una vida normal. Estoy estudiando, pero no es como mi escuela en Tennessee. Sé que no estoy recibiendo crédito académico por la escuela que hago aquí. Aunque me liberen pronto, probablemente tendré que repetir el grado once. También estoy preocupada porque estaba en el proceso de obtener mi certificado de tres años de JRTOC y eso es muy importante para mí. Pero, no creo que eso sea posible ya.

15. Extraño muchísimo a mi padre, a mi familia, y a los bebes. Tengo llamadas de teléfono con mi padre, pero no me puede visitar porque está muy lejos, y no hay albergues en Tennessee. Es muy difícil no poder verlo en persona.

16. Lo que me sucedió no es justo y no tiene sentido. No entiendo por qué el gobierno me separó de mi familia y me impidió continuar mis estudios cuando no tenía ningún problema viviendo con mi papá. No quiero que esto le suceda a ningún otro niño.

17. Por esta razón, quiero ser una representante de la clase en esta demanda. Quiero ayudarle a otros niños como yo que están detenidos en ORR, y especialmente a ellos quienes antes habían sido liberados para vivir con sus familias y quienes fueron arrestados otra vez y ahora no pueden salir para estar con sus familias. Pienso que es injusto detener a los niños nuevamente y obligar a sus patrocinadores a reiniciar el proceso sin ninguna explicación. Si el gobierno considera que un patrocinador no cuidó bien de un niño, el niño y su patrocinador deberían tener la oportunidad de decir si es la verdad o no.

18. Como una líder de la clase, haré lo mejor para que todos los niños en la misma situación tengamos la oportunidad de regresar a casa. Trabajaré con los abogados para que los abogados hagan lo que es mejor para todos los niños en el caso, y participaré en

la demanda de la manera que mis abogados y yo decidamos que debo hacerlo. Tengo la intención de permanecer involucrada en el caso y representar a los otros niños de la mejor manera que yo pueda.

19.    Nunca he sido representante de una clase en otro caso. Estoy lista para hacer lo mejor para ayudar a niños como yo.

Declaro bajo protesta de decir la verdad y pena de falso testimonio que toda la información que aquí he proporcionado es correcta y completa, consciente de las consecuencias legales de declarar con falsedad ante la autoridad.

Hecho el día ____ de _____ del año 2026, en _____, Texa.