# EXHIBIT 3

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| DIEGO N. *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) No. 1:26-cv-577 |
| U.S. DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF MARIO C.**

(proceeding under pseudonym)

**<u>DECLARATION OF</u>** ███████████████████

I, ██████████████████, declare as follows:

1. This declaration is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 17 years old and I am from ████████. I speak Spanish. I arrived in the United States around November 2023. I arrived by myself, and I went to an ORR shelter in Texas.

3. The first time I was sent to an ORR shelter, I had to stay there for about two weeks before I was released to go live with my mom. I was so happy to be released and to go live with her. I never thought I would end up back in ORR. But now I am being held again at a shelter in New York, waiting to be released back to my mom.

4. After I was released to my mom the first time, I lived with her and her partner. We all got along really well. The three of us would go out to the park, or sometimes the beach on the weekends. We liked to go out to eat dinner in restaurants. It was really peaceful.

5. I was going to school and I really liked it. I also had friends from school and from my neighborhood, and we liked to play video games and go out for food. We spent time at each other's houses. I liked my life.

6. There were no problems when I was living with my mom, and she took good care of me. Things were good. I lived with my mom for about two years before I was sent back to ORR. Just a few months before I was arrested, my new baby brother was born. He is so cute and sweet. He's a good baby. Those were really happy years.

7. Around November 2025, the police pulled over my friends and I in a car. I was a passenger in the car when they pulled us over. They took me something like a police station jail, and a judge there told me I was going to the adult prison because I was 17 years old. I was granted bond, but my mom did not have enough money that day to pay the bond. In total, I spent about three nights in jail. When my mom was finally able to pay my bond so I could leave, they told me I had to wait for a 72 hours after she paid. They said that if immigration didn't come to pick me up in that time, I was free to go. But immigration officers did come and instead of being allowed to leave with my mom, they arrested me. I was so scared and I was crying a lot. I thought they were going to just deport me.

8.      The ICE officers took me to an ICE station, and they held me there for two days. I was in a separate room than the adults. For those two days, I was just waiting to see where they were going to move me. They told me I was going to a shelter like where I had been sent when I first arrived. I did not understand why I had to go back to a shelter instead of just going back to live with my mom, but I was at least relieved they were not going to just send me straight back to Guatemala.

9.      After about 2 days, they flew me here to the shelter in New York. I don't know why they chose to send me all the way to New York instead of one of the shelters closer to home and my mom in Texas.

Re-Detention in ORR

10.     First, I was placed in a staff secure, where there is staff watching you every minute. Then, after a month, I was stepped down to a regular shelter placement because I had good behavior. The shelter has a less surveillance, and leaves you a little bit more freedom and privileges like a little more time to watch T.V. for example.

11.     Being separated from my family has been really hard for me. I think about being with my family all the time and it's difficult to focus on anything else.  I'm really bored, and the only thing I can think about is being with my family. But I just have to wait. They keep saying I just have to wait until I can leave. When I first arrived, I thought it would just be a few weeks or a month until I could go home to my mom, and I thought I could handle that. But it has been so much longer.

12.     A couple days ago, they moved me to a new shelter. I don't know why—the government just told the shelter that kids couldn't stay there anymore and a lot of us were transferred to different places. Now I am worried that it will take even longer for my mom to sponsor me.

13.     The process for sponsoring me has been so complicated. This time, they said she needs a form of ID from somewhere in the United States and her taxes. She has her passport, but she doesn't have an ID from somewhere in the United States, so I think that might be the main problem right now and the reason I can't be released to my mom. It's hard to know what is going on here and when I will be released.

14.     I know my mom loves me and is doing everything she can to get me out. But they won't even move forward with her application if she doesn't have the ID they want. I learned from my

case manager that there is an exception for the ID if the sponsor is a parent. But the case manager who is working with my mom—someone different—never told her that. Instead they just are not asking for anything else while she tries to get an ID that meets the requirements. My reunification case is just stopped until she can get those specific papers. They didn't do a DNA test or fingerprints because she still has not been able to get the ID they want.

15. If they tell my mom she can't sponsor me, I think I will ask to go to foster care. In foster care I would be able to go outside when I want, and go to public school instead of the school they have here in the shelter. I don't think I'm getting school credit for the school I go to here. I could make friends in public school. In foster care, they are not watching you all the time. You have more freedom, and you're not always under surveillance. I could have my own phone and I would be able to talk on the phone with my mom any time I wanted. I would be more free.

16. I wish we could choose what we do during the day here, and not have everything so strict and all of our choices made for us.

17. We're even surrounded by staff when we're in school here. I am always watched. It makes me feel uncomfortable and I don't like it.

18. I'm worried that if my mom goes forward with the sponsorship, she could get arrested by immigration. Other kids here have told me that their parents have done the sponsorship application but they were arrested. I really want to be with my mom and my family, but I am also worried that my mom will be arrested and deported at the same time. I don't want that for her, because we have a life here. My baby brother is here and I don't want them to have to leave.

19. I talk to my mom a few times a week. Mostly I ask her how she and my brother are doing, and what it's like on the outside. She asks me if I am ok. I tell her yes. She tells me to eat well and behave well so I can get out of here faster.

20. There are some other kids here for the second time too. One of them just went back to their country. Another one has been here for six or seven months. I think that kid got to do a DNA test as part of his sponsorship process.

21. I don't want to be here, but there is nothing I can do. Crying won't do anything. We're just stuck. My mom should not have to have all these different documents to get me out, especially because I was already living with her. She is my mom and I am her son. She is better at taking care of me. She can make me the food I like, and I can have fun and be a kid. I would be able to be with my family, and see my baby brother and help take care of him. There's no

reason to keep me here. Anyway I will turn 18 in a few months and then I will leave so why keep me in here until my birthday? I just want to go home.

22.      I want to help the other young people like me who are stuck in ORR for a second time. I want to represent them by sharing my story. I especially want to help kids get release faster to their family members who already sponsored them before. It doesn't make sense that their sponsors have to do the whole process again. The government should have to say why things are so different that a sponsor has to do the process again, and then the sponsor and kid should be able to explain why the sponsor will still take good care of the kid they were already taking care of. I want to represent other kids in the same situation as me. I will think about their interests and do my best so we can have a chance to be released to our sponsors. I will work with the lawyers so that the lawyers do what is best for all the children in the case, and I will participate in the lawsuit according to the way in which my lawyers and I decide I should. I intend to remain involved with this case and to represent the class the best that I can.

23.      I have never served as a class representative in any other case. I am ready to do my best to help kids like me

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is true and correct.

Executed on this _10_ day of _O2_ , 2026
                              Febrero

Name: ████████████████

## CERTIFICATE OF TRANSLATION

My name is <u>Rebecca Wolozin</u> and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: February 10, 2026                    _Rebecca Wolozin_