# EXHIBIT 4

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

DIEGO N. *et al.*,                              )
                                                )
                Plaintiffs,    )
                                                )
v.                                              )
                                                )   No. 1:26-cv-577
U.S. DEPARTMENT OF HEALTH AND                   )
HUMAN SERVICES, *et al.*,                       )
                                                )
                Defendants.    )

# DECLARATION OF BENITO S.

(proceeding under pseudonym)

**<u>DECLARATION OF</u>** █████████████████

I, ██████████████████, declare as follows:

1.      This declaration is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am 17 years old and I am from ████████. I speak Spanish and some English. I also speak ██████, which is a indigenous dialect in ████████. I arrived in the United States in the summer of 2023. I arrived by myself, and I went to an ORR shelter in Texas.

3.      The first time I was sent to an ORR shelter, I had to stay there for about one and a half months before I was released to go live with my aunt. My aunt had to go through the whole sponsorship process. She provided fingerprints and did all the steps they asked her to do.

4.      I was so happy to be released and to go live with her. I lived with her in Louisiana since that time. She took good care of me, and I love her. I lived with her and my two cousins. One is six and the other is an adult now. We all got along well and I miss them a lot. My older cousin grew up with me in ████████ from when we were very little. Then he came here to the United States, and I came later. He and my little cousin are like my brothers. I never thought I would end up back in ORR.

5.      My life in Louisiana was good and peaceful. I really like it there. It's also great because there are lot of Latinos there and we share a culture and we understand each other. I felt welcome and comfortable in our community.

6.      My aunt likes to cook, and I like to help her. I'm a good cook. If she was super busy, I would help her finish up with cooking for us. My cousins and I liked to relax and hang out with each other. We liked to play videogames, or go out and play basketball or ride bikes. I also love listening to music. My favorite type of music is Reggeton. I could spend hours just listening to music on my headphones. It makes me so happy.

7.      Then, in December a couple weeks before Christmas, I was arrested in Louisiana after I got into a minor car accident. There was no damage as far as I know, but the local police arrested me. After a few days, they sent me to an immigration cell and then here to the ORR shelter in Texas. I don't know why they did not release me to my aunt instead of sending me here far away from my family.

Re-detention in ORR

8.    It has been really hard to be detained again. My aunt tells me that I seem so sad when she talks to me. It's true. I am sad.

9.    Also, I had a heart condition when I was a young child. It is a hereditary condition that my dad also had. It went away for a while as I got older, but when I was arrested and detained again in ORR custody, it came back. I started to feel the symptoms again in ORR. My heartbeat was really fast and also irregular. They took me to see a cardiologist but I don't know what the results from the visit were. The cardiologist said that my condition is exacerbated by stress. I feel worried that my symptoms came back after they had been gone for so long.

10.    My aunt wanted to sponsor me again, but she could not move forward with the application. They told her she has to start everything over from the beginning and now there are a lot of new requirements. After learning about all the application requirements, my aunt said she could not sponsor me. From what I understand, she does not have the kind of identification that they require—an ID issued by somewhere in the United States. My aunt also asked other family members and friends if they could sponsor me instead, but nobody has the right type of documents ORR is now asking for. I am also afraid my aunt could be detained by immigration if she goes through with the sponsorship process and I don't want to put my family at risk. I never got an explanation of whether ORR even thinks my aunt is not capable of taking care of me anymore. If they would just let me go home, I know she would be happy to receive me.

11.    Now, I am trying to go to a foster care program. Or maybe I can get released to a foster home or a shelter when I turn 18. All I know is that I don't want to be here. It's awful being here for a second time.

12.    I don't like how everything here just repeats every day. It gets really boring, and then it is really hard to keep my mind off of my worries and thinking about my family. I can distract myself a little bit in class when I'm learning things, but otherwise it's really hard.

13.    They don't have that many different options for sports. And I can't listen to music that I choose here. That is so hard. We are allowed to listen to some music, like country music, but not the music I love. I really miss listening to my music.

14.    Mostly I think about how much I miss my family, and how much I want to leave. I always ask for updates from my case managers but I just have to keep waiting. I don't know what will happen to me, or when I might be able to go home to my aunt and cousins.

15.     I want to help the these other kids too, not just myself. That is why I want to be a class representative in this lawsuit. I think that kids who already have sponsors who were approved in the past by ORR should be allowed to be released to them quickly if they are detained again, without their sponsors having to do the whole sponsorship process over again, especially without any explanation about why they need to do it. If ORR thinks a sponsor did not take good care of a kid, then they should have to explain why and listen to what the kid and their sponsor think.

16.     As a class representative, I will think about what all the kids in the same situation as me want. I will do my best so that we all have the chance to go home quickly. I will work with the attorneys to ensure they do what is best for all minors in the case, and I will participate in the lawsuit in whatever way my attorneys and I decide I should. I intend to remain involved in the case and represent the other kids to the best of my ability.

17.     I have never served as a class representative in any other case. I am ready to do my best to help kids like me

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is true and correct.

Executed on this 20th day of February, 2026

Name:

**CERTIFICATE OF TRANSLATION**

My name is <u>Rebecca Wolozin</u> and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: February 20, 2026                    _Rebecca Wolozin_