# EXHIBIT 7

## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | |
|---|---|
| DIEGO N. *et al.*, | ) |
| | ) |
|            Plaintiffs, | ) |
| | ) |
| v. | ) |
| | )  No. 1:26-cv-577 |
| U.S. DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES, *et al.*, | ) |
| | ) |
|            Defendants. | ) |

## DECLARATION OF C.A.C.C.

**<u>DECLARATION OF</u>** ████████████████

I, ████████████████████, declare as follows:

1.      This declaration is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.      I am 8 years old and I am from ████████. I arrived in the United States about two years ago when I was six years old. It is my second year in the United States. I arrived without my mom or my dad. I speak Spanish and some English.

3.      The first time I was sent to an ORR shelter, I had to stay there for maybe two months or less. My mom had to do a lot of things then so I could be released to her. I was so happy when I was released to my mom and went to live with her and my big sister.

4.      When I was living with my mom in Virginia, I went to school. I was in first grade before I was arrested again. When I get out, I will be in second grade.

5.      When I was living with my mom, I liked to play soccer, and draw. My mom played soccer with me a lot. And we like drawing cars, like Lambourginis, and super fast cars. Everything was good with her, and we didn't have any problems. I was happy to be living with her.

6.      I never thought I would end up in ORR again. But I was detained again last summer and brought to ORR again about six months ago. I am living with a foster family.

7.      It's even harder being detained again than it was the first time. I miss my mom a lot. I was crying a lot in the beginning because I missed my mom so much. I didn't want to live with people that I didn't know. And it was hard to talk to the people taking care of me, because I did not speak English that well and they did not speak Spanish. They were nice, but they did not know anything about me. They didn't know anything about me. They didn't know that my favorite food is pizza, or that I like super-cars, or that I like drawing.

8.      Now that I speak more English and we know each other better, it's a little better, but I still really miss my family. It makes me feel really bad to be here without my mom. I don't have love, and I don't get hugs. We're not allowed to have hugs here.

9.      When I was living with my mom, I was going to a regular school. I loved it. I had a lot of friends there. But I haven't been able to see any of them or talk to them for six months while I

have been here. My favorite subject was English, and my teacher was really nice. Now I have to go to school here at the shelter. I don't get to go to a normal school.

10.     I don't know why I was sent back to a shelter. I don't know why I am still here, except that they told me my case isn't finished yet. I don't really know what that means. But I do know that this time it seems like my mom has to do a lot more things so they can release me home to her. I like when she can visit me, but then I feel so sad when she leaves again.

11.     I have friends at the shelter who also can't leave to go live with their families. When I first was detained, there were other kids who were crying like me, and saying they wanted to be with their moms and dads. Now even though the other kids in my shelter are still sad and want to be with their parents, we're getting used to being away from them so we we don't cry so much. For some of them it's their second time in ORR, like me.

12.     When I go back home, the first day I am back with my mom, I want to cook carne asada and have a big pool party. In the summer, we will go to the beach. And I want to go to SkyZone. I just want to have fun with my mom and my friends and go back to being a regular kid living in real life.

I declare under my duty to tell the truth and penalty of perjury that all the information I have here given is true and correct.

Executed on this 22nd day of January , 2026

**CERTIFICATE OF TRANSLATION**

My name is  Scott Bassett  and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.


Dated:   January 29   , 2026

*Scott Bassett*
_____

Scott F. Bassett
Managing Attorney, Children's Program
Amica Center for Immigrant Rights
1025 Connecticut Ave. NW, Ste. 701
Washington, DC 20036
t: 202-223-3800
scott@amicacenter.org