# EXHIBIT 8

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | |
|---|---|
| DIEGO N. *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) No. 1:26-cv-577 |
| U.S. DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF J.M.P.V.**

I, Soraya Morales Nuñez, declare as follows:

1.  I am fluent in English and Spanish.

2.  The following is a true and correct translation of the annexed declaration of ██████████████████.

***

## <u>DECLARATION OF</u> ███████████████████████

I, ███████████████████, declare as follows:

1.     This declaration is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2.     I am 16 years old. I arrived in the United States a bit more than five years ago, when I was 10 years old. I traveled with my older sister. We entered the custody of ORR and our father rapidly began the process to sponsor us and gave all the necessary documents. In 2021, after one or two months, they released us to live with him in Texas.

3.     I had a good life with my father and my sister. My aunt also lived nearby. I liked being with my family, making carne asada with my dad, going on outings, and playing soccer with my friends. I was in high school. My classes were not perfect, but they were good. I was learning a lot and I think I was progressing toward graduation.

Return to ORR and release process

4.     I entered ORR custody again in September 2025. I was arrested by the police and sent to a juvenile detention center. When they released me, ICE picked me up and transferred me to ORR.

5.      At first I was in a more strict program in ██████████. I think it was called staff-secure. I behaved well in ██████████ and after three or four weeks they transferred me to this shelter. My current shelter is in Texas, but it is far from my home. I think it is six hours away by car. My dad asked them to place me closer to home, but they said no.

6.      Now I am waiting for ORR approve my father's application to sponsor me again. I do not know why my father has to do a new application nor why the process is taking so long this time. He was already caring for me, so it should be easier. But it is much more difficult.

7.      My dad already gave a lot of information, including his fingerprints and documents. Someone visited his house to do a home study and I think everything came back positive. Now we are waiting an appointment for DNA. We have been waiting for this appointment for several weeks and we haven't received any information. We were just told that we have to wait to hear from an ORR official.

8.      I feel very frustrated with the delay in my case. When I feel frustrated, I try to calm myself and speak to my counselor. But sometimes it is difficult, especially because I do not know when I will be able to return to my family.

ORR Shelter

9.      My current shelter is a bit less strict than the program in██████████, but there are still a lot of rules. We cannot choose what we want to do during the day, and we all have the same routine. I cannot go anywhere by myself. After 8:30 p.m. we cannot leave our rooms.

10.     I share a room with another boy. We get along well, but it isn't like being at home. I have friends here, but we cannot play or joke around like I would with my friends from school. We cannot even touch each other. The staff is always watching us.

11.    I would like to be able to leave the shelter to go to a real school like before. I am trying to learn what I can here, but the classes are very different from those in my high school. In my previous school they taught things much more deeply.

12.    I have phone calls with my dad, but they are not private, and I cannot see him in person because I am too far away. I know he wants to see me, but I don't want him to miss work and spend a lot of money traveling because of me. My separation from my dad and my sister is very difficult, especially on special occasions. I spent Christmas and the New Year here and I recently had my birthday here. I feel sad.

13.    When I leave here, I want to spend time with my family and study. Now that I haven't been able to attend high school for so long, I want to focus on my classes and try to improve and make up for lost time. I hope that is possible.


Executed on this 19th day of February 2026 in ▮▮▮▮▮, Texas

***


I declare under penalty of perjury that the foregoing is a true and correct translation. Executed on this 19th day of February, 2026.


_____
Soraya Morales Nuñez

**DECLARACIÓN DE** ███████████████████

Yo, ███████████████████, declaro y digo lo siguiente:

1.    Esta declaración está basada en mi conocimiento personal. Los hechos que describo son verdaderos a mi mejor conocimiento.

2.    Tengo 16 años de edad. Llegué a los Estados Unidos hace un poco más de cinco años, cuando tenía 10 años. Viajé con mi hermana mayor. Entramos bajo custodia de la ORR y nuestro padre inició rápidamente el proceso para patrocinarnos y dio todos los documentos necesarios. En 2021, después de uno o dos meses, nos liberaron para vivir con él en Texas.

3.    Tenía una buena vida con mi padre y mi hermana. Mi tía también vive cerca. Me gustaba estar con mi familia, hacer carne asada con mi padre, ir de paseo, y jugar fútbol con mis amigos. Estaba en la escuela secundaria. Mis clases no eran perfectas, pero eran buenas. Estaba aprendiendo mucho y pienso que estaba progresando hacia la graduación.

## Regreso a ORR y proceso para la liberación

4.    Entré otra vez bajo custodia de ORR en septiembre de 2025. Fui arrestado por la policía y me enviaron a un centro de detención juvenil. Cuando me liberaron, ICE me recogió y me trasladó a ORR.

5.    Al inicio estaba en un programa más estricto en ████████. Creo que se llama staff-secure. Me comporté bien en ██████████ y después de tres o cuatro semanas me trasladaron a este albergue. Mi albergue actual está en Texas, pero está lejos de mi casa. Creo que son unas seis horas en coche. Mi padre les pidió que me colocaran más cerca de casa, pero dijeron que no.

6.    Ahora estoy esperando que ORR apruebe la solicitud de mi padre para patrocinarme de nuevo. No sé porque mi padre tiene que hacer una nueva solicitud ni por qué el proceso está tardando tanto esta vez. Él ya me estaba cuidando, así que debería ser más fácil. Pero es mucho más difícil.

7.    Mi padre ya proporcionó mucha información, incluso sus huellas y documentos. Alguien visitó su casa para hacer un estudio de casa, y creo que todo salió positivo. Ahora estamos esperando una cita para el ADN. Llevamos varias semanas esperando esta cita y no hemos recibido información. Solo nos dijeron que tenemos que esperar noticias de un oficial de ORR.

8.    Me siento muy frustrado con el retraso en mi caso. Cuando me siento frustrado, trato de calmarme y hablar con mi consejera. Pero a veces es difícil, especialmente porque no sé cuándo podré regresar con mi familia.

Albergue de ORR

9.    Mi albergue actual es un poco menos estricto que el programa en ▇▇▇▇▇▇, pero todavía hay muchas reglas. No podemos escoger que queremos hacer durante el día, y todos tenemos la misma rutina. No puedo ir a ningún lado solo. Después de las 8:30 p.m. no podemos salir de nuestros cuartos.

10.    Comparto un cuarto con otro joven. Nos llevamos bien, pero no es como estar en casa. Tengo amigos aquí, pero no podemos jugar ni bromear como lo haría con mis amigos de la escuela. Ni siquiera podemos tocarnos. El staff siempre nos vigila.

11.    Me gustaría poder salir del albergue e ir a una escuela real como antes. Intento aprender lo que pueda aquí, pero las clases son muy diferentes a las de mi escuela secundaria. En mi escuela anterior ensañaban las materias con mucha más profundidad.

12.    Tengo llamadas con mi padre, pero no son privadas, y no puedo verlo en persona porque estoy demasiado lejos. Sé que él quiere verme, pero no quiero que mi padre falte al trabajo y pague mucho dinero viajando a causa de mí. Mi separación de mi padre y mi hermana es muy difícil, especialmente en ocasiones especiales. Pasé la Navidad y el año nuevo aquí y recientemente tuve mi cumpleaños aquí. Me siento triste.

13.    Cuando salga de aquí quiero pasar tiempo con mi familia y estudiar. Ahora que no he podido asistir a la escuela secundaria durante tanto tiempo, quiero concentrarme en mis clases e intentar mejorar y recuperar el tiempo perdido. Espero que sea posible.

Declaro bajo protesta de decir la verdad y pena de falso testimonio que toda la información que aquí he proporcionado es correcta y completa, consciente de las consecuencias legales de declarar con falsedad ante la autoridad.

Hecho el día 19 de Febrero del año 2026 ████, en ████ TX.