# EXHIBIT 9

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DIEGO N., *et al.*, | ) | |
| | ) | |
| | ) | |
| | ) | No. 26-cv-577 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES, *et al.*, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF MISHAN WROE IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Mishan Wroe, do hereby declare as follows:

1.      I am at least 18 years of age. I have personal knowledge of the facts stated herein and, if called to testify, I could and would testify competently thereto. I represent Plaintiffs in the above-captioned case, and I am licensed to practice law in California. I have applied *pro hac vice* to appear on behalf of Plaintiffs in the above-captioned case.

2.      I am a directing attorney at the National Center for Youth Law ("NCYL"). I submit this declaration in support of Plaintiffs' Motion for Class Certification.

3.      NCYL is a privately-funded, non-profit organization founded in 1970 to advocate for low-income children and adolescents. NCYL regularly represents plaintiffs in complex class action lawsuits designed to protect the rights of youth and improve child-serving systems. NCYL attorneys have significant experience in cases involving child welfare, juvenile justice,

adolescent health, immigration, and children's mental health needs. NCYL attorneys are among the most experienced, knowledgeable, and respected children's lawyers in the country.

4. One of the NCYL's primary substantive areas of expertise is advocating for children in government custody. Specifically, NCYL has some of them most extensive experience and knowledge representing immigrant children detained in federal custody. NCYL filed the seminal *Flores* case in 1985 and continues to serve as co-counsel in *Flores v. Bondi*, No. 85-4544 DMG (C.D. Cal.), a nationwide class action on behalf of children held in federal immigration custody by the United States government, governing the conditions in which most children are held. NCYL also originally filed and serves as co-counsel in *Lucas R. v. Azar*, No. 2:18-cv-05741 DMG (C.D. Cal.), a nationwide class action addressing the due process, disability, and family integrity rights of unaccompanied children in the custody of the Office of Refugee Resettlement ("ORR"). As class counsel in *Flores* and in *Lucas R.*, NCYL attorneys have conducted hundreds of interviews with detained children and youth in federal custody. This includes interviews with children detained by Customs and Border Protection ("CBP"), Immigration and Customs Enforcement ("ICE"), and ORR under the Department of Health and Human Services ("HHS"). *Flores* counsel has filed numerous successful Motions to Enforce over the years. Recently, *Flores* counsel brought successful motions to enforce the *Flores* settlement agreement and uphold children's rights to basic, humane conditions if held in open-air detention sites. *Flores v. Garland*, 2024 WL 3051166 (C.D. Cal. 2024). *Flores* counsel also successfully extended a 2022 settlement agreement with CBP governing conditions of confinement for children in two Texas CBP sectors. *Flores v. McHenry*, 2:85-cv-4544, ECF No. 1547 (C.D. Cal. 2025). NCYL also resolved a putative class action on behalf of immigrant children whose release from government custody was delayed due to unlawful fingerprinting policies and practices in *Duchitanga v.*

*Hayes*, No. 18-cv-10332-PAC (S.D.N.Y.). NCYL also serves as co-counsel in *L.G.M.L. v. Noem*, 1:25-cv-2942-TJK (D.D.C.), a class action on behalf of unaccompanied children challenging the government's illegal attempt to remove them from the United States in violation of their Due Process rights and various statutes. Most recently, NCYL along with co-counsel filed *Angelica S. v. HHS*, 25-cv-1405 (D.D.C.) to challenge ORR's interim final rule rescinding protections for detained immigrant children and arbitrary and capricious changes to ORR's sponsor application requirements.

5.     NCYL also has extensive experience in class action litigation on behalf of children outside of the context of immigration detention. NCYL serves as co-counsel in *M.J. v. Dist. of Columbia*, 1:18-cv-01901 EGS (D.D.C.), a class action lawsuit on behalf of children and youth with mental health disabilities in Washington, D.C. NCYL has also represented thousands of children in other class action lawsuits across the country. For example, NCYL has litigated numerous class action cases on behalf of children with disabilities denied appropriate placements and services in state systems, including for example *J.N. v. Oregon*, *Katie A. v. Bontá*, *T.R. v. Dreyfus*, *M.B. v. Howard*, and *D.S. v. Washington State DCYF*.

6.     Three attorneys at NCYL have entered appearances in this case and they seek to be appointed as class counsel. They are me, Rebecca Wolozin, and Diane de Gramont.

7.     I have been an attorney at National Center for Youth Law since April 2020. I earned my J.D. from University of Chicago Law School in 2013, and my B.A. from Stanford in 2008. I was admitted to practice law in Illinois in 2013 and in California in 2014. I have personally been involved in litigating on behalf of nation-wide classes of detained immigrant children in *Lucas R.* and *Flores* for over five years and was integral to the filing of *Angelica S.* I currently lead NCYL's litigation on behalf of immigrant youth. Prior to joining NCYL, I worked as a trial

attorney in private practice and maintained an active pro bono portfolio including work related to reproductive rights of immigrant children in federal custody, freedom of speech, tenants' rights, and FOIA litigation. For example, before joining NCYL I worked on a class action lawsuit to protect unaccompanied minors' access to abortion while in ORR custody. *Garza v. Hargan*, 304 F.Supp.3d 145 (D.D.C. 2019).

8.      Rebecca Wolozin graduated with concurrent degrees from Harvard Law School and Harvard Graduate School of Education in 2015. She received a B.A., *magna cum laude*, from Cornell University in 2008. She was admitted to practice law in Virginia in October 2015 and in Washington, D.C. in January 2018. Ms. Wolozin joined NCYL as a senior attorney in May 2023. She previously worked as an attorney with the Legal Aid Justice Center in Virginia. Ms. Wolozin has primarily represented immigrants, children, and families in her practice over the past ten years. She was an Equal Justice Works Fellow, a staff attorney, and a senior supervising attorney at Legal Aid Justice Center, where she also co-founded and directed George Mason's Antonin Scalia Law School Immigration Litigation Clinic from 2019-2023. In her immigration practice, Ms. Wolozin has successfully advocated for clients before the Executive Office of Immigration Review ("EOIR"), the Board of Immigration Appeals, and the Fourth Circuit Court of Appeals. Ms. Wolozin also has deep experience in class action litigation and federal litigation representing immigrants and detained immigrant children and youth. At NCYL, she is a member of *Flores* counsel, *Angelica S.* counsel, and supports impact litigation across the organization. Ms. Wolozin has also litigated additional complex federal issues on behalf of detained immigrants and detained unaccompanied minors. She was counsel in *JECM v. Lloyd* 1:18-cv-903-LMB (E.D. Va.), a Virginia-based class action case on behalf of immigrant children facing prolonged detention in ORR custody. She was also counsel in the class action case *Aziz v. Trump*, 2017 WL

386549 (E.D. Va. 2017), and individual cases *Beltran v. Cardall*, 222 F.Supp.3d 476 (E.D. Va. 2016), *Santos v. Smith,* 260 F.Supp.3d 598 (W.D. Va. 2017); *Reyna v. Hott* 1:17-cv-1192-LO (E.D. Va.)*,* and *O.D.T.M. v. Lloyd*, 1:18-cv-524 (E.D. Va.).

9.      Diane de Gramont is a senior attorney at NCYL who focuses on impact litigation on behalf of detained immigrant youth, with particular focus on youth with disabilities. She received her J.D. from Yale Law School in 2017, an MPhil in Comparative Government from Oxford University in 2014, and a bachelor's degree from Harvard University in 2010. She was admitted to practice law in California in 2018.  After graduating law school, Ms. de Gramont served as a law clerk to the Honorable Sarah S. Vance on the Eastern District of Louisiana and the Honorable Stephen A. Higginson on the U.S. Court of Appeals for the Fifth Circuit. She joined NCYL in 2019 as a Meselson-Liman Law Fellow and remained at NCYL as an attorney after the conclusion of her fellowship. Since joining NCYL, Ms. de Gramont has worked primarily on litigation on behalf of the nation-wide classes of detained immigrant children in *Lucas R.*, *Flores*, and *Angelica S.* including conducting site visits to ORR facilities and interviewing numerous children in federal immigration custody, researching and drafting motions, and participating in settlement negotiations and enforcement. Ms. de Gramont has also assisted other litigation at NCYL related to the rights of children with disabilities and deficiencies in the child welfare system.

10.     The National Center for Youth Law has the resources to represent the plaintiff class. We are assisted in this matter by the considerable professional resources of our co-counsel, Joel McElvain, Anna Deffebach, and Robin Thurston of Democracy Forward Foundation.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 23rd day of February, 2026, in Oakland, California.

_/s/ *Mishan Wroe*_

Mishan Wroe