# EXHIBIT 10

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DIEGO N., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | )　　　No. 26-cv-577 |
| v. | ) |
| | ) |
| U.S. DEPARTMENT OF HEALTH AND | ) |
| HUMAN SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF JOEL McELVAIN**

I, Joel McElvain, do hereby declare as follows:

1.      I am a Senior Legal Advisor at Democracy Forward Foundation. I represent Plaintiffs in the above-titled action, and I submit this Declaration in support of Plaintiffs' motion for class certification. I have personal knowledge of the facts stated herein and, if called to testify, could and would testify competently thereto.

2.      Democracy Forward Foundation ("DFF") is a nonprofit national legal organization that advances democracy and social progress through litigation, policy and public education, and regulatory engagement. DFF represents clients, including non-profits, local governments, tribes, small businesses, unions, and individuals, in challenging harmful and unlawful governmental action and in supporting governmental action. As part of this work, DFF has successfully litigated dozens of administrative law cases, including several cases dealing specifically with immigration law and/or the Department of Health and Human Services. *See, e.g.*, *J.G.G. v. Trump*, No. 25-cv-766 (D.D.C. filed Mar. 15, 2025); *Catholic Legal Immig. Network v. Exec. Office for Immig. Review*, No. 21-cv-94, 2021 WL 3609986 (D.D.C. Apr. 3, 2021); *County of*

1

*Santa Clara v. U.S. Dep't of Health & Human Services*, No. 21-cv-1655 (N.D. Cal. filed Mar. 9, 2021); *L.M.-M. v. Cuccinelli*, 442 F. Supp. 3d 1 (D.D.C. 2020); *Mayor and City Council of Baltimore v. Trump*, 416 F. Supp. 3d 452 (D. Md. 2019).

3.      DFF is co-counsel for Plaintiffs in this action with the National Center for Youth Law. The team at Democracy Forward working on this case includes Anna Deffebach, Robin Thurston, and myself.

4.      I have been employed by DFF since February 2025. Prior to my employment with DFF, I served as a Special Counsel and as an Acting Deputy General Counsel for the Office of General Counsel for the U.S. Department of Health and Human Services (HHS) from 2022 to January 2025; as a Partner at King & Spalding LLP from 2019 to 2021; and in various positions at the U.S. Department of Justice (DOJ) from 1997 to 2018 and from 2021 to 2022, including as an Assistant Branch Director with responsibility for HHS matters at DOJ's Federal Programs Branch. I graduated *magna cum laude* from Harvard Law School in 1995 and *magna cum laude* from Williams College in 1991. I have substantial experience in litigating matters of administrative law and constitutional law involving HHS. In particular, I represented HHS in *National Federation of Independent Business v. Sebelius*, 567 U.S. 519 (2012), and in the district court and the court of appeals in *King v. Burwell*, 576 U.S. 473 (2015), and in *Biden v. Missouri*, 595 U.S. 87 (2022).

5.      Anna Deffebach has been employed by DFF since October 2025. Before that, she served as a trial attorney at DOJ's Federal Programs Branch from 2022-2025, during which she litigated Administrative Procedure Act (APA) challenges to agency rulemakings and other actions. Prior to her time at the Department of Justice, Ms. Deffebach was an associate attorney at the law firm Robbins, Russell, Englert, Orseck & Sauber, LLP. Ms. Deffebach clerked for Judge Michael H.

Simon in the United States District Court for the District of Oregon and Judge Bruce M. Selya in the United States Court of Appeals for the First Circuit. She graduated *magna cum laude* from Georgetown University Law Center and received her undergraduate degree from Dartmouth College. Ms. Deffebach has experience in litigating matters of administrative law and constitutional law involving HHS, as well as experience litigating a class action in D.D.C.

6.      Robin Thurston is a Legal Director at DFF. She has substantial experience litigating and overseeing high-profile constitutional and administrative law challenges to federal statutes, executive orders, and other government programs and agency actions across a wide range of federal laws. Prior to joining DFF, she served as a trial attorney in the Federal Programs Branch of the Civil Division of the Department of Justice, defending high profile challenges to government policies and programs, and earlier in her career enforced consumer protection laws at the Federal Trade Commission. Ms. Thurston clerked for the Honorable Paul L. Friedman of the United States District Court for the District of Columbia and holds a J.D., *magna cum laude*, from Georgetown University Law Center and a B.A. in History with High Honors from Stanford University.

7.      DFF and the National Center for Youth Law together have the resources to adequately represent the plaintiff class. With a staff totaling 160 people, DFF employs approximately 80 full-time lawyers and numerous support staff. DFF is committed to providing the resources necessary to represent the members of the Plaintiff class fairly and adequately. DFF has devoted substantial effort to identifying and investigating the claims in this case and working with the Plaintiffs and co-counsel, including developing the complaint, declarations, motion for a preliminary injunction, motion for class certification, and motion to proceed under pseudonyms.

3

8.       I am familiar with the experience of our co-counsel at the National Center for Youth Law, and they are skilled attorneys who have the necessary practice experience with civil litigation, immigration law, and civil rights actions to deliver high-quality representation to the plaintiff class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of February at Washington, D.C.


/s/ Joel McElvain_____
JOEL McELVAIN

4