**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DIEGO N., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | No. 1:26-cv-577 |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Diego N., Renesme R., Mario C., and Benito S. hereby move the Court, pursuant to 5 U.S.C. § 705, Federal Rule of Civil Procedure 65, and Local Civil Rule 65.1 for a preliminary injunction against Defendants U.S. Department of Health and Human Services ("HHS"), Office of Refugee Resettlement ("ORR"), Robert F. Kennedy, Jr., Secretary of HHS, and Angie Salazar, Acting Director of ORR.

Plaintiffs are immigrant children who were previously in ORR custody and were released by ORR to vetted and approved parents or other family members. After living for years with their families, Plaintiffs were re-referred to ORR following contact with the Department of Homeland Security ("DHS"). Plaintiffs have now spent months detained in ORR custody, unable to go home to their families and communities because of ORR's blanket policy of disregarding the agency's prior sponsor approval decisions and requiring all previously approved sponsors to restart the lengthy sponsorship application process, regardless of the circumstances of the child's re-referral ("reapplication policy"). The individual Plaintiffs file this motion pseudonymously, in accordance

1

with Plaintiffs' pending Motion for Leave to Proceed Under Pseudonym and to File Under Seal. ECF No. 2. Plaintiffs filed a motion for class certification on February 23, 2026. ECF No. 4.

Plaintiffs request that the Court provisionally certify a putative class of noncitizen minors in ORR custody and issue a preliminary injunction that enjoins Defendants' blanket reapplication policy and requires ORR to provide class members and their previously approved sponsors procedural due process regarding any alleged necessity of a new sponsor approval decision. As Plaintiffs discuss in greater detail in their accompanying memorandum of law, ORR's reapplication policy is unlawful and violates the Due Process Clause of the Fifth Amendment and the Administrative Procedure Act. Plaintiff children are suffering emotional distress and other irreparable harm because of their ongoing separation from their parents and other close family members.

Plaintiffs request a hearing as soon as possible and in no more than 21 days from today's date. *See* Local Civil Rule 65.1(d). Expedition is essential because, as described in the accompanying memorandum, Plaintiff children have been separated from their parents and caregivers and detained in government custody without any finding that their parents or other previously approved sponsors are unfit. Every day a child is unnecessarily detained and prevented from returning home to their families, schools, and communities creates serious and lasting harm.

On February 23, 2026, Plaintiffs' counsel provided Peter C. Pfaffenroth, the Chief of the Civil Division of the U.S. Attorney's Office for the District of Columbia and Deputy Chiefs Heather Graham Oliver and Diana Valdivia, with a copy of the complaint, informed them that Plaintiffs intended to file a motion for preliminary injunction on February 24, 2026, and asked to confer about the motion with the attorneys assigned. As of the time of filing this motion, Defendants have not yet responded to Plaintiffs' request to confer.

WHEREFORE, Plaintiffs respectfully request that this motion be granted.

Date: February 24, 2026

Respectfully submitted,

/s/ Rebecca Wolozin
Rebecca Wolozin (D.C. Bar No. 144369)
National Center for Youth Law
818 Connecticut Avenue NW, Suite 425
Washington, DC 20006
(202) 868-4792
bwolozin@youthlaw.org

Mishan Wroe*
Diane de Gramont*
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, California 94612
(510) 835-8098
mwroe@youthlaw.org
ddegramont@youthlaw.org

Anna Deffebach (D.C. Bar No. 241346)
Joel McElvain (D.C. Bar No. 448431)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
adeffebach@democracyforward.org
jmcelvain@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

* Motion to appear *pro hac vice* pending

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on February 24, 2026, I caused the foregoing to be mailed to the following

addresses:

U.S. Department of Health and Human Services
200 Independence Avenue SW
Washington, DC 20201

Robert Francis Kennedy Jr.
Secretary, Department of Health and Human Services
200 Independence Ave. SW
Washington, DC 20201

Office of Refugee Resettlement
330 C Street SW
Washington, DC 20201

Angie Salazar
Acting Director, Office of Refugee Resettlement
330 C Street SW
Washington, DC 20201

U.S. Department of Health and Human Services
Robert Francis Kennedy Jr., Secretary of Department of Health and Human Services
Office of Refugee Resettlement
Angie Salazar, Acting Director of Office of Refugee Resettlement
c/o U.S. Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

U.S. Department of Health and Human Services
Robert Francis Kennedy Jr., Secretary of Department of Health and Human Services
Office of Refugee Resettlement
Angie Salazar, Acting Director of Office of Refugee Resettlement
c/o Civil Process Clerk, U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20004

/s/_Autumn Boaz_____
Autumn Boaz

4