**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DIEGO N., *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 26-cv-577-CJN<br>)<br>)<br>)<br>) |

**PLAINTIFFS' CONSENT MOTION FOR A STIPULATED PROTECTIVE ORDER**

Plaintiffs respectfully request that this Court enter the stipulated protective order such that the parties may produce documents in this litigation that contain information that should be protected from unauthorized disclosure. Information relevant to this litigation, including information that may be produced by Defendants in conjunction with an administrative record, may include names and personally identifiable information of children and names, personally identifiable information, and contact information of potential sponsors of children in HHS care and custody. Special protection is warranted for this information. Some of the information is protected from disclosure under the Freedom of Information Act, 5 U.S.C. § 552, the Privacy Act, 5 U.S.C. § 552a, et seq., and the Federal Rules of Civil Procedure.

A protective order, therefore, is appropriate to cover the names and personally identifiable information of children and potential sponsors and the names, telephone numbers, and electronic mail addresses of federal government employees and contractors who are involved in matters related to this litigation.

1

On March 10, 2026, pursuant to Local Rule 7(m), the parties' counsel conferred by email and Defendants' counsel stated that Defendants do not oppose this motion and stipulate to the protective order.

WHEREFORE, Plaintiffs respectfully request that this motion be granted and that this Court enter the attached stipulated protective order.

Date: March 10, 2026

Respectfully submitted,

*/s/ Anna Deffebach*

Anna Deffebach (D.C. Bar No. 241346)
Joel McElvain (D.C. Bar No. 448431)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
adeffebach@democracyforward.org
jmcelvain@democracyforward.org
rthurston@democracyforward.org

Mishan Wroe*
Diane de Gramont*
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, California 94612
(510) 835-8098
mwroe@youthlaw.org
ddegramont@youthlaw.org

*Counsel for Plaintiffs*

* *Admitted Pro hac vice*