UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIEGO N., *et al.*,

               Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, *et al.*,

               Defendants.

Civil Action No. 1:26-cv-577-JCN

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

## [PROPOSED] ORDER

Having considered Plaintiffs' Motion for a Preliminary Injunction, Defendants' Opposition, Plaintiffs' Reply, as well as all other documents filed therewith, all of the papers on file in this action, and the evidence and arguments presented at the hearing, the Court finds that Plaintiffs have not met their burden. The Court hereby **DENIES** Plaintiffs' Motion.

In particular, the Court finds that: Plaintiffs are not likely to prevail on the merits of their claims; Plaintiffs are not likely to suffer irreparable injury absent the issuance of a preliminary injunction; the balance of equities does not favor Plaintiffs; and the required relief is not in the public interest.

IT IS HEREBY ORDERED that Plaintiffs' Motion, ECF Nos. 10, 10-1, is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____       _____

                                                   The Honorable Carl J. Nichols
                                                   United States District Judge