UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIEGO N., *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, *et al.*,<br><br>       Defendants. | Civil Action No. 1:26-cv-577-JCN<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

## [PROPOSED] ORDER

Having considered the submissions of the parties, the relevant law, and the record in this case, the Court hereby **DENIES** Plaintiffs' Motion for Class Certification, ECF Nos. 4, 4-1.

**IT IS SO ORDERED.**


Dated: _____          _____

                                              The Honorable Carl J. Nichols
                                              United States District Judge