UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIEGO N., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.,*<br><br>Defendants. | Civil Action No. 26-0577 (JCN) |

**DECLARATION OF TOBY BISWAS**

I, **Toby Biswas**, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. This declaration also incorporates my previous declaration signed on March 10, 2026 (ECF No. 33-1).

2. I am submitting this declaration in the above-captioned matter in order to provide information to the Court concerning the status of the named Plaintiffs.

3. Diego N. was released on March 12, 2026 to his father.

4. Renesme R. was released on March 25, 2026 to her father.

5. Mario C. was released on March 28, 2026 to his mother.

6. Benito S. is currently at a Long Term Foster Care group home. Benito's case is categorized as a Category 4 case pursuant to UAC Policy Guide Section 2.2.1 because he has no sponsor identified.

7. I declare under penalty of perjury that the foregoing is true and correct.

**Dated: Washington, D.C.**

**May 4, 2026**

TOBY R. BISWAS -S
Digitally signed by TOBY R. BISWAS -S
Date: 2026.05.04 09:09:57 -04'00'

**Toby Biswas**
Assistant Deputy Director for Policy
Unaccompanied Alien Children Bureau
Office of Refugee Resettlement