**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

DIEGO N., *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

No. 26-cv-577-CJN

**JOINT STATUS REPORT REGARDING SETTLEMENT DISCUSSIONS AND STAY**

Pursuant to the Court's Minute Order of May 15, 2026, Plaintiffs and Defendants (collectively, "the Parties"), by and through undersigned counsel, inform the Court that settlement discussions have terminated at this time. The parties did not reach a resolution of the case.

Although settlement discussions have terminated, the parties ask the Court to continue the stay of this case pending the resolution of Plaintiffs' appeal of the Court's denial of Plaintiffs' motion for a preliminary injunction. ECF No. 46. The appeal is now fully briefed, and oral argument is scheduled for September 15, 2026. *See* Order, *Diego N. v. U.S. Dep't of Health & Human Servs.*, No. 26-5157 (D.C. Cir. June 29, 2026), Doc. #2181016. Because of the overlapping legal and factual issues in the appellate and district court proceedings, the Parties agree that continuing to stay the district court proceedings will promote judicial economy and be in the Parties' interests.

Therefore, the Parties respectfully request that the Court continue to stay proceedings in this Court pending the resolution of Plaintiffs' appeal of the Court's denial of Plaintiffs' motion for a preliminary injunction (D.C. Circuit Case No. 26-5157).

Date: August 6, 2026

Respectfully submitted,

*/s/ Diane de Gramont (w/ permission)* __
Mishan Wroe (appearing *pro hac vice*)
Diane de Gramont (appearing *pro hac vice*)
National Center for Youth Law
428 13th Street, Floor 5
Oakland, California 94612
(510) 835-8098
mwroe@youthlaw.org
ddegramont@youthlaw.org

Anna Deffebach (D.C. Bar No. 241346)
Joel McElvain (D.C. Bar No. 448431)
Robin F. Thurston (D.C. Bar No. 1531399)
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
adeffebach@democracyforward.org
jmcelvain@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ANTHONY P. NICASTRO
Director
CARA E. ALSTERBERG
Assistant Director

*/s/ Joshua C. McCroskey*
JOSHUA C. MCCROSKEY
JESSE A. MONTES
Trial Attorneys
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 305-1540
Joshua.C.McCroskey@usdoj.gov

*Attorneys for Defendants*